# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Monica Deonne Holland-Michelin | ) | Chapter 13 |
| | ) | Case No. 15 B 14612 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion/Certificate of Service

Monica Deonne Holland-Michelin
1825 Hartrey Ave
Evanston, IL 60201

Debtor Attorney: Geraci Law L.L.C.
via Clerk's ECF noticing procedures

On April 06, 2017 at 9:00AM, I will appear at the location listed to the right, and present this motion, a copy which is hereby served upon you.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Monday, March 27, 2017.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss for Material Default

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 U.S. C. §1307(c), and in support thereof respectfully states the following:

1. The Debtor filed for Chapter 13 relief on April 24, 2015.
2. The Debtor's plan was Confirmed on August 10, 2015.
3. The Debtor's confirmed plan requires the debtor to submit tax returns and refunds to the Trustee starting with tax year 2015.
4. The Debtor has failed to tender either the tax return or refund.
5. The failure to tender the refund and return constitutes a material default of the Debtor's confirmed plan.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE