UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-14612 |
| Monica Deonne Holland-Michelin | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Dismissing Case for Material Default**

This matter coming before the Court on Trustee's Motion To Dismiss for Material Default, the Court having heard the facts and the arguments of counsel,

IT IS HEREBY ORDERED:

1. This case is dismissed.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 04, 2017

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300